bursements, and writ vacated, with $10 sts, on the ground that the Special Term of ngs county was without jurisdiction to entain the application for the writ.

PEOPLE ex rel. STONEY v. McADOO, lice Com'r. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) oceeding by the people of the state of New rk, on the relation of Frank C. Stoney, ainst William McAdoo, as police commisner. No opinion. Motion granted.

PEOPLE ex rel. WHITAKER v. McADOO, lice Com'r. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) oceeding by the people of the state of New rk, on the relation of Daniel Whitaker, ainst William McAdoo, as police commisner. No opinion. Motion granted.

PEOPLE ex rel. WOODRUFF v. McADOO, lice Com'r. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) oceeding by the people of the state of New rk, on the relation of Henry S. Woodruff, ainst William McAdoo, as police commisner. No opinion. Motion granted.

PERRY, Respondent, v. VILLAGE OF EW PORT, Appellant. (Supreme Court, Appellate Division, Fourth Department. March , 1906.) Action by Jane M. Perry against e village of Newport. No opinion. Judgent and order affirmed, with costs.

PILLET, Respondent, v. PELHAM HOD LEVATING CO. et al., Appellants. (Supreme urt, Appellate Division, Second Department. arch 2, 1906.) Action by Clarence F. Pillet ainst Pelham Hod Elevating Company and e city of New York. No opinion. Judgent and order unanimously affirmed, with sts.

PLANT, Respondent, v. BAHR, Appellant. upreme Court, Appellate Division, Fourth epartment. March 7, 1906.) Action by Solon Plant against Mary Bahr. No opinion. otion for leave to appeal to the Court of Apals granted.

POLAND, Appellant, v. UNITED TRAC-ION CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 13, 06.) Action by Eliza Poland against the nited Traction Company.

PER CURIAM. Judgment affirmed, with sts.

SMITH, J., dissents.

POLLARD, Appellant, v. WORTH, Respond-t. (Supreme Court, Appellate Division, Sec-d Department. March 16, 1906.) Action by

Frederick E. Pollard against Lewis R. Worth. No opinion. Judgment affirmed by default, without costs.

POTH, Appellant, v. COMMERCIAL ADVERTISER ASS'N, Respondent. (Supreme Court, Appellate Division, First Department. March 23, 1906.) Action by William J. Poth against the Commercial Advertiser Association. J. A. Douglas, for appellant. H. Taylor, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

POWELL et al., Respondents, v. NEVIUS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 17, 1906.) Action by Lydia L. Powell and others against John H. C. Nevius and others.

PER CURIAM. Interlocutory judgment affirmed, with costs, and demurrer sustained, with costs, with leave to plead over upon payment of the costs of the demurrer and of this appeal.

KRUSE, J., not sitting.

In re PRATT'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. January 10, 1906.) In the matter of the appraisal of the property of John Pratt, deceased.

PER CURIAM. Order reversed as to the real property covered by the deed of deceased and described in Exhibit C, with costs to the appellant, and matter remitted to Surrogate's Court, with direction to impose the tax on such property.

HISCOCK, J., not sitting.

PRICE, Respondent, v. NEW YORK & B. DISPATCH EXPRESS CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Henry J. Price against the New York & Boston Dispatch Express Company. No opinion. Judgment and order unanimously affirmed, with costs.

PRUYN, Respondent, v. GUAYQUIL & Q. RY. CO et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 22, 1906.) Action by Robert C. Pruyn, as a stockholder of the Guayquil & Quito Railway Company against the Guayquil & Quito Railway Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

RAYMOND, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 17, 1906.) Action by Harold E. Raymond against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.